UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                      Plaintiffs,

   -against-

DEPARTMENT OF JUSTICE,

                      Defendant.
------------------------------------------------------------ x

18 Civ. 2054 (AT)

## DEFENDANT'S STATUS REPORT

By Order dated April 10, 2018, the Court instructed that by May 18, 2018, Defendant would provide a status report on the processing of responsive, non-exempt documents. *See* Dkt. No. 11. Defendant hereby notifies the Court that the processing is proceeding on schedule. The Government anticipates that the matching and classification review of these documents will be completed on or before May 21, 2018, and that the remaining review will be complete on or before the July 20, 2018 deadline to complete processing and to produce any non-exempt responsive records subject to FOIA.

Dated:  New York, New York
           May 18, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   */s/ Andrew E. Krause*
       ANDREW E. KRAUSE
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2769
       Facsimile: (212) 637-2786
       E-mail: andrew.krause@usdoj.gov